[No. 74454-2-I. Division One. March 20, 2017.]

SCOTT SANDSBERRY, *Appellant*, v. THE DEPARTMENT OF FINANCIAL INSTITUTIONS, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 15-2-15024-3, Timothy A. Bradshaw, J., entered November 30, 2015. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Becker and Schindler, JJ.

[No. 74538-7-I. Division One. March 20, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. SAID FARZAD, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 14-1-01917-8, George N. Bowden, J., entered December 3, 2015. *Reversed* by unpublished opinion per Becker, J., concurred in by Cox and Dwyer, JJ.

[No. 74774-6-I. Division One. March 20, 2017.]

CAMBRIDGE DECISION SCIENCE, *Respondent*, v. JON MARKMAN ET AL., *Appellants*.

MARKMAN CAPITAL INSIGHT LLC, *Appellant*, v. TREYTON THOMAS, *Defendant*, CAMBRIDGE DECISION SCIENCE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 15-2-28261-1, Jeffrey M. Ramsdell, J., entered February 17, 2016. *Reversed* by unpublished opinion per Cox, J., concurred in by Leach and Mann, JJ.